# EXHIBIT B

Tanya N. Lewis (8855)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone:  801.257.1900
tlewis@swlaw.com

*Attorneys for Defendant Synchrony Bank*

---

**IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR
SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| DARRELL CLINT BLOOMQUIST, <br><br> Plaintiff, <br><br> vs. <br><br> SYNCHRONY BANK, <br><br> Defendant. | **NOTICE OF FILING OF REMOVAL BY DEFENDANT SYNCHRONY BANK** <br><br> Case No. 269902203 <br><br> Judge Amanda Montague |

Defendant Synchrony Bank ("Synchrony"), by and through counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the District of Utah.  A copy of the Notice of Removal, without exhibits, is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1146(d), this Court shall proceed no further unless and until the case is remanded.

DATED this 23rd day of March, 2026.

SNELL & WILMER L.L.P.


*/s/ Tanya N. Lewis*
Tanya N. Lewis

*Attorneys for Defendant Synchrony Bank*

4938-2060-2776

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing **NOTICE OF FILING OF REMOVAL BY DEFENDANT SYNCHRONY BANK** was filed with the Clerk of the Court via the Greenfiling electronic filing system, which automatically serves copies to all counsel of record and was served via email upon the following:

Darrell Clint Bloomquist
1471 S. 200 E.
Salt Lake City, Utah 84115
darrellbloomquist05@gmail.com

Date: March 23, 2026.

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

2

4938-2060-2776